UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80502-BB

| | |
|---|---|
| JUSTIN BOUTON, individually and, on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) | **CLASS ACTION** |
| v. ) ) | **JURY TRIAL DEMANDED** |
| OCEAN PROPERTIES, LTD., a foreign corporation, OPROCK JUPITER FEE, LLC, a foreign limited liability company, OPROCK JUPITER TRS, LLC, a foreign limited liability company, and GHM JUPITER, LLC, a foreign limited liability company. ) ) ) ) ) ) ) ) | |
| Defendants. ) / | |

**DEFENDANT GHM JUPITER, LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant, GHM Jupiter, LLC ("GHM"), by its undersigned attorneys, submits its reply in support of the motion to dismiss with prejudice *Plaintiff's Second Amended Class Action Complaint For Violations Of The Fair And Accurate Transactions Act* [DE 47] (the "Second Amended Complaint") filed by Justin Bouton ("Plaintiff"). GHM previously joined [DE 78] the motion to dismiss [DE 76] filed by co-defendants, Oprock Jupiter FEE, LLC ("FEE"), and Oprock Jupiter TRS ("TRS"), LLC, on November 11, 2016. For brevity's sake, GHM joins FEE and TRS's *Reply in Support of Their Motion to Dismiss* [DE 113], filed on December 8, 2016, to the extent it supports dismissal. GHM adds the following additional reply to section IV.C. of Plaintiff's *Combined Opposition* [DE 88].

**ADDITIONAL REPLY**

In Plaintiff's Combined Opposition, Plaintiff treats its violation of the scheduling order as

1

a "throw away" argument. Plaintiff attempts to correct its violation of the scheduling order by granting leave *nunc pro tunc* to add parties. [DE 88] at 11. In doing so, Plaintiff ignores GHM's argument, [DE 78] at 2-3, that Plaintiff failed to make a showing of good cause to add parties, as expressly required by Rule 16(b)(4). Plaintiff has yet to allege or show good cause for the violation. [DE 88] at 12-13. Plaintiff's failure to support its after-the-fact motion for leave with allegations of good cause violates Rule 16(b)(4). Thus, the incorporated motion for leave *nunc pro tunc* should be denied.

## CONCLUSION

WHEREFORE, GHM Jupiter, LLC, joins FEE and TRS's reply to the extent it supports GHM's dismissal and respectfully requests this Court dismiss the *Second Amended Class Action Complaint For Violations Of The Fair And Accurate Transactions Act*.

Respectfully submitted,

SHUTTS & BOWEN, LLP
200 South Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Telephone: 305-347-7305
Facsimile: 305-381-9982
*Attorneys for Ocean Properties, Ltd., and GHM Jupiter, LLC*

By:   s/ Frank A. Zacherl
        Frank A. Zacherl
        Florida Bar No. 868094
        fzacherl@shutts.com
        Jake Monk
        Florida Bar No. 100321
        jmonk@shutts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2016, the attached was hereby served on all

2

counsel of record through the Court's CM/ECF system.

                                                             By:    s/Frank A. Zacherl
                                                                           Counsel

## SERVICE LIST

Michael R. Karnuth
Keogh Law, LTD
55 W. Monroe Street
Suite 3393
Chicago, IL 60603
312-726-1092
MKarnuth@KeoghLaw.com

Bret Leon Lusskin, Jr.,
Bret Lusskin, P.A.
20803 Biscayne Blvd.
Suite 302
Aventura, FL 33180
954-454-5841
blusskin@lusskinlaw.com

Scott David Owens
Scott D. Owens, P.A.
3800 S. Ocean Drive
Suite 235
Hollywood, FL 33019
954-589-0588
scott@scottdowens.com

Stuart I. Grossman, P.A.
Jason K. Kellogg, P.A.
Victoria J. Wilson, Esq.
LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 22nd Floor
Miami, FL 33131
Telephone:  (305) 403-8788
Facsimile:  (305) 403-8789
sig@lklsg.com
jk@lklsg.com
vjw@lklsg.com

MIADOCS 14070666 1