## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| JUSTIN BOUTON, individually and, on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) CASE NO. 9:16-cv-80502-BB |
| v. | ) ) ) |
| OCEAN PROPERTIES, LTD., a foreign corporation, OPROCK JUPITER FEE, LLC, a foreign limited liability company, OPROCK JUPITER TRS, LLC, a foreign limited liability company, and GHM JUPITER, LLC, a foreign limited liability company. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF AGREEMENT REGARDING STRIKING CONFIDENTIAL INFORMATION

Plaintiff, Justin Bouton, through undersigned counsel, provides notice to the Court that Plaintiff agrees with the relief sought in Defendant Ocean Properties, Ltd.'s Emergency Motion to Seal or Strike Plaintiff's Exhibit Filed in Support of Motion for Leave to file Reply. Specifically, Plaintiff agrees that the Exhibit, [ECF No. 178-1], should be removed from the public docket and filed under seal. Plaintiff will re-file the Exhibit under seal should the Court grant Defendant's Emergency Motion.

Dated: April 13, 2017.                    Respectfully submitted,

By:/s/ *Scott D. Owens*

Scott D. Owens, Esq.
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019

Telephone: (954) 589-0588
Facsimile: (954) 337-0666
scott@scottdowens.com

Bret L. Lusskin, Esq.
Florida Bar No. 28069
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Ste. 302
Aventura, Florida 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

Keith J. Keogh, Esq.
Florida Bar No. 0126335
Michael R. Karnuth, Esq.
Admitted *Pro Hac Vice*
KEOGH LAW LTD.
55 W. Monroe, Suite 3390
Chicago, Illinois 60603
Telephone: (312) 726-1092
Facsimile: (312) 726-1093
mkarnuth@keoghlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Scott D. Owens
Scott D. Owens, Esq.